SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
MICHAEL RHAMBO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RHAMBO,<br><br>Plaintiff,<br><br>vs.<br><br>JOEY SAMANIEGO D/B/A FUNNY BUSINESS COMIC SHOP; ESKANDAR DEVELOPMENT LLC; and DOES 1 to 10,<br><br>Defendants. | Case No.: 2:25-cv-05577-FMO (SKx)<br><br>**JOINT NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff MICHAEL RHAMBO ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED: August 12, 2025      **SO. CAL EQUAL ACCESS GROUP**

                                                   */s/ Jason J. Kim*
                                         JASON J. KIM
                                         Attorney for Plaintiff

DATED: August 12, 2025  Law Offices of Michael W. King

By: ___/s/ Michael W. King___
    Michael W. King,
    Attorney for Defendants

Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: /s/ Jason J. Kim
    Jason J. Kim